

## NUMBER 13-19-00093-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

### IN RE: THE COMMITMENT OF ROBERT FLORES

---

**On appeal from the 149th District Court
of Nueces County, Texas.**

---

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Longoria and Perkes
Order Per Curiam**

Appellee, the State of Texas, by and through the District Attorney in and for Nueces County, Texas, has filed a motion to remand for withdrawal and appointment of attorney pro tem. According to the motion, the current elected District Attorney, Mark Gonzalez, previously represented appellant in this case as his defense attorney. Due to the prior representation, the District Attorney and all assistant district attorneys who derive their authority through him are disqualified from representing the State in this matter.

The Court, having considered the documents on file and the State's motion, is of the opinion that the motion should be GRANTED. Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand the trial court shall determine whether Nueces County District Attorney's Office is disqualified from prosecuting this appeal, and if the Nueces County District Attorney's Office is disqualified from prosecuting this appeal, appoint the Texas Special Prosecution Unit or another attorney to perform the duties of the Nueces County District Attorney's Office in this appeal for a period to last until this Court's mandate issues.

The trial court shall further cause its findings and any orders to be included in a supplemental clerk's record to be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

It is so ordered.

PER CURIAM

Delivered and filed the
20th day of March, 2019.

2